**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO BENITEZ on behalf of himself and others similarly situated.<br><br>       PLAINTIFF,<br><br>vs.<br><br>NBTY ACQUISITION, LLC; NBTY MANUFACTURING, INC.; NATURE'S BOUNTY, INC.; NATURE'S BOUNTY; and DOES 1 to 10, Inclusive.<br><br>       DEFENDANTS. | Case No.: CV16-469-JFW(ASx)<br><br>[*Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A*]<br><br>**ORDER GRANTING PLAINTIFF GUSTAVO BENITEZ'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; FINAL APPROVAL OF ATTORNEYS' FEES AND COSTS; AND FINAL APROVAL OF CLASS REPRESENTATIVE PAYMENT**<br><br>[*Filed concurrently with: Plaintiff's Notice of Motion and Motion; Memorandum of Points and Authorities in Support; and [Proposed] Order*]<br><br>Hearing Information:<br>Date:  January 9, 2017<br>Time:  1:30 p.m.<br>Ctrm:  7A |

---

-1-
**ORDER GRANTING PLAINTIFF GUSTAVO BENITEZ'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; FINAL APPROVAL OF ATTORNEYS' FEES AND COSTS; AND FINAL APROVAL OF CLASS REPRESENTATIVE PAYMENT**

On January 9, 2016 at 1:30 p.m. in Courtroom 7A of the 1st Street Courthouse located at 350 W. 1st Street, Los Angeles, California 90012, a hearing was held on Plaintiff GUSTAVO BENITEZ'S ("Plaintiff's") three motions for an order finally approving the Class Action Settlement, Request for Attorney's Fees, and Request for Class Representative Service Payment in this matter.

The Court having read and considered the papers on the motion, the arguments of counsel, and the law, and good cause appearing therefore, Plaintiff's Motions are hereby GRANTED and IT IS ORDERED that:

1.      The proposed Settlement, contained in the Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") filed with Plaintiff's Motion for Preliminary and Motion for Final Approval is sufficiently fair, adequate and reasonable, and appears to be the product of arm's-length and informed negotiations, and treats all class members fairly and adequately.

2.      The Court hereby certifies the settlement class and subclass pursuant to Federal Rule of Civil Procedure 23, solely for the purpose of settlement.   The settlement class is defined as: all persons who were employed as a non-exempt, hourly paid employee for Defendants NBTY Acquisition, L.L.C., NBTY Manufacturing, L.L.C., and Nature's Bounty, Inc. ("Defendants") in the state of California September 22, 2011 to October 12, 2016 and who have not previously released the Released Claims.

3.      The Court directs that, no later than ten (10) days after the issuance of this Order, Defendants shall pay Seven Hundred Fifty Thousand Dollars ($750,000.00) into a Qualified Settlement Account to be established by the Settlement Administrator.

4.      The Court considered the request for a class representative enhancement award and approves the payment of service award to the Class Representative in the

**ORDER GRANTING PLAINTIFF GUSTAVO BENITEZ'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; FINAL APPROVAL OF ATTORNEYS' FEES AND COSTS; AND FINAL APROVAL OF CLASS REPRESENTATIVE PAYMENT**

1   amount of Five Thousand Nine Hundred Dollars ($5,900), to be paid from the Gross

2   Settlement Fund as provided in the Settlement Agreement.

3       5.      The Court considered the fee request of counsel and hereby approves

4   payment of reasonable attorneys' fees to Class Counsel in the amount of One

5   Hundred Eighty-Seven Thousand Five Hundred Dollars ($187,500) and costs in the

6   amount of Seven Thousand Three Hundred Seventy-One Dollars and Twenty-Seven

7   Cents ($7,371.27), to be paid from the Gross Settlement Fund as provided in the

8   Settlement Agreement.

9       6.      The Court approves the payment of Four Thousand Dollars ($4,000) to

10  be paid from the Gross Settlement Fund to the Labor & Workforce Development

11  Agency (LWDA) in satisfaction of any claim for penalties that may be owed to that

12  agency under the Private Attorneys General Act ("PAGA"), Cal. Labor Code section

13  2699, *et seq.* as provided in the Settlement Agreement.

14      7.      The Court approves the payment for Settlement Administration Costs

15  incurred by CPT Group, Inc. in the amount of Fifteen Thousand Dollars ($15,000) to

16  be paid from the Gross Settlement Fund as provided in the Settlement Agreement.

17      8.      Any settlement checks remaining un-cashed after one hundred and

18  eighty (180) calendar days after being issued shall be void and the amount shall be

19  escheated to the State of California pursuant to California Code of Civil Procedure

20  Section 1513.

21      9.      The Class Members who submitted a valid and timely request to be

22  excluded from the Settlement, shall no longer be a member of the Class, shall not be

23  bound by the terms of the Settlement, shall be barred from participating in this

24  Settlement, shall have no right to object to this Settlement, and shall receive no

25  benefit from this Settlement. The Class Members who did not timely exclude

26  themselves from the Settlement have released their claims against Defendants as set

27

28

-3-
**ORDER GRANTING PLAINTIFF GUSTAVO BENITEZ'S MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT; FINAL APPROVAL OF
ATTORNEYS' FEES AND COSTS; AND FINAL APROVAL OF CLASS
REPRESENTATIVE PAYMENT**

forth in the Settlement Agreement. Because no Class Members timely objected to the settlement, all Class Members are barred from prosecuting or pursuing any appeal of the Court's Order granting final approval to the Settlement.

10.     Without affecting the finality of this Order in any way, this Court retains continuing jurisdiction over the interpretation, implementation, and enforcement of the Settlement Agreement, including the claims process established therein.

11.     If the Settlement does not become final and effective in accordance with the terms of the Settlement Agreement, any and all orders entered in connection with it shall be rendered null and void and shall be vacated.

Dated: January 9, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-4-
**ORDER GRANTING PLAINTIFF GUSTAVO BENITEZ'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; FINAL APPROVAL OF ATTORNEYS' FEES AND COSTS; AND FINAL APROVAL OF CLASS REPRESENTATIVE PAYMENT**